In the Matter of MICHAEL G. CARUSO, Respondent, v VILLAGE OF KENMORE et al., Appellants. [890 NYS2d 865]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.